IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         v.<br><br>SUWONNEE PONGNORSING; AND WESTSIDE PLAZA PHARMACY,<br><br>                Defendants. | CASE NO.  2:13-CV-02230-GEB-CKD<br><br>**JUDGMENT** |

      On October 29, 2013, the Court signed an order approving the parties' settlement agreement (the Agreement) in this case.  In the Agreement, defendants Suwonnee Pongnorsing and Westside Plaza Pharmacy agreed to, among other things, the entry of judgment against them and in favor of plaintiff United States of America.

      Accordingly, it is ORDERED, ADJUDGED and DECREED that:

      1.    Judgment is ENTERED in favor of the United States of America and against defendants Suwonnee Pongnorsing and Westside Plaza Pharmacy in the amount of $350,000;

      2.    Until the judgment is paid in full, interest shall ACCRUE at 2% annual interest; and

///

///

///

**JUDGMENT**          1

3. The judgment shall be REDUCED to $325,000 plus applicable interest, provided Defendants comply with the reduced judgment repayment schedule stated in the Agreement.

Dated: October 30, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

JUDGMENT                              2